To whom this may Concern,

My name is Marcus Steve McClarity Jr. My case number is 05-14-01479-CR. I filed an appeal in Novemeber, 2014, and I ~~wana~~ wanted to inform whomever this may concern that I no longer want to pursue my appeal process and Inform you'll that im deny my appeal. Sorry for the inconveniences and I appreciate your help.

Thank you, Marcos McClarity JR.
Case # 05-14-01479-CR

**FILED IN**
Court of Appeals

AUG 0 4 2015

Lisa Matz
Clerk, 5th District

Marcus McClarty # 1915452
Wheeler Unit
986 County road AA
PlainView, TX 79072

AMARILLO TX 791

31 JUL 2015 PM 2 L

Court of Appeals
Fifth District of Texas at Dallas
George L Allen Sr, Courts building
600 Commerce Street, Suite 200
Dallas, Texas 75202

